# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| BRIAN BECKWITH, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 5:17-cv-01154-KOB-TMP |
| | ) |
| JEFF DUNN, COMMISSIONER | ) |
| ALABAMA DEPARTMENT OF | ) |
| CORRECTIONS, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The magistrate judge filed his report and recommendation on March 14, 2018, recommending the court dismiss petitioner's 28 U.SC. § 2254 petition for habeas corpus relief. (Doc. 6). With the assistance of counsel, Petitioner filed timely objections on March 28, 2018. (Doc. 7). But in doing so, the one-paragraph objections merely incorporated by reference the claims and arguments previously advanced in the petition and the traverse to the response filed by the Respondent.

Having reviewed and considered *de novo* the report and recommendation, the objections to it, and other matters in the court record, the court finds that the objections are due to be OVERRULED and the report and recommendation ADOPTED and ACCEPTED. The court finds that the petition for habeas corpus

relief is due to be DENIED WITH PREJUDICE.

The court will enter a separate Final Order.

DONE and ORDERED this 6th day of August, 2018.

_Karon O. Bowdre_
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE